FILED

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

2021 FEB 19  12: 09

FREDRICK DEMON MOSBY
*Petitioner*

v.

Case No 5:21-cv-101-BJD-PRL
*(Supplied by Clerk of Court)*

Antonelli
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Fredrick Demon Mosby
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: USP Coleman 1
   (b) Address: P.O. Box 1033
   Coleman Florida 33521-1033
   (c) Your identification number: 20707-041
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States Courthouse 300 South Fourth Street, Suite 202-Minneapolis MN 55415
   (b) Docket number of criminal case: 0:16-cr-00141-PJS-FLN-6
   (c) Date of sentencing: May 11, 2017
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Central Office Administrative Remedy Appeal
   (b) Docket number, case number, or opinion number: 992121-A1
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Denial of my Sentence Computation Request
   (d) Date of the decision or action: July 27, 2020

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes      ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: Cenral Office Administrative Remedy Appeal
      (2) Date of filing: February 5, 2020
      (3) Docket number, case number, or opinion number: 992121-A1
      (4) Result: My request was denied
      (5) Date of result: July 27, 2020
      (6) Issues raised: My jail credit was miscalculated due to an illegal parole violation hearing conducted in Minnesota

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____
   _____
   _____
   _____
   _____

(b) If you answered "No," explain why you did not file a second appeal: _____
_____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____
   _____
   _____
   _____
   _____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☐ No
If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
     ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes     ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes     ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I was denied 365 days of jail credit by the B.O.P due to an illegal hearing by the Minnesota Department of Corrections.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Facts are stipulated on back of this sheet.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

STATEMENT OF FACTS FOR GROUND ONE

I was arrested on 5-3-2016 on state charges. On 5-5-2016 I was placed on a parole violation hold. On 6-17-2016 I was placed in Federal Custody. On 6-29-2016 the state charges were dismissed. On 5-11-2017 I was sentenced to 108 months in Federal Court. On the day I was sentenced in Federal Court my lawyer mentioned to the Judge that he wanted the Court "to allow this sentence to take effect immediately and to allow that to run concurrent with state run sentence." This is not a unnormal request as Federal Courts generally "have discretion to select whether the sentences they impose will run concurrently or consecutively with respect to other sentences that they impose, or that have been imposed in other proceedings, including state proceedings." See Setser V. United States, 132 S. Ct. 1463, 1468 (2012).

The Judge tells my counsel that the B.O.P decides in the first instance how much Federal credit he gets. However, when asked "Are you giving him credit then for the time he's been in Federal Cusotdy" the Judges reply is the reason for this motion. The Judge said; "He does get credit for the time he's been in Federal Custody, absolutely. The Bureau of Prisons calculates what that is. They decide at what date is Federal Custody started and what credit he gets and then they apply it. If they make a mistake, at that point he could seek judicial relief. But, absolutely, he gets credit for his Federal Custody." On 6-28-2017, 48 days after being Federally sentenced and 419 days after being placed on a Parole Violation Hold, I was sent back to Minnesota for the Parole Violation Hearing. Then on 7-6-2017 the Minnesota Department of Corrections held an illegal Violation Hearing. This was noted by my attorney. However, the Hearing Officer decided to proceed anyway even though it was noted that I was "unavailable to the D.O.C due to a Federal Detainer. Everyone has acknowledged that the Federal Detainer exists, and the MN D.O.C does not conduct hearings when another Detainer exists." At the illegal violation hearing 365 days of the time I had spent in custody was assigned to the parole violation. This was done 427 days after the parole violation and 56 days after being Federally sentenced. I have exhausted the B.O.P Administrative Remedy Process and now seek the Court's help in getting the 365 days taken from me applied to my Federal Sentence. This Court has the authority to give me the 365 days back and credit it to my Federal Sentence. I am asking this Court to give me what the Judge said I could have.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: I pray that the court reviews the record and then either apply the 365 days taken from me by the Minnesota Depart. of Corrections violation of their own policy, or, to run the two sentences concurrently.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: December 22, 2020

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12-22-2020            Fredrick Mosby
                            *Signature of Petitioner*

                            _____
                            *Signature of Attorney or other authorized person, if any*